```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                     FORT SMITH DIVISION
```

LAURA STARK                                              PLAINTIFF

    V.                    No. 2:07-CV-2052

KOHL'S DEPARTMENT STORES, INC.                           DEFENDANT

## MEMORANDUM OPINION AND ORDER

On April 26, 2007, Plaintiff filed a Complaint (Doc. 2) in the Sebastian County Circuit Court against the Defendant for negligence. On September 8, 2006, the Plaintiff was injured in a slip and fall incident while shopping at the Defendant's department store. The Plaintiff contends that Defendant was negligent because the employees in or around the shoe department failed to remove shoe boxes from the floor or warn her of the unsafe condition caused by the boxes on the floor. The matter was removed to this Court on June 5, 2007.

Currently before this Court are Defendant's Motion for Summary Judgment (Doc. 7), Brief in Support (Doc. 8) and Statement of Facts (Doc. 9), Plaintiff's Response to Motion for Summary Judgment (Doc. 10), Brief in Support (Doc. 11), and Statement of Facts (Doc. 12), and Defendant's Reply to Plaintiff's Response (Doc. 13). Defendant contends that the Plaintiff cannot prove that Defendant's conduct was the proximate cause of Plaintiff's injuries, or that Defendant violated any duty it owed the Plaintiff, and therefore, the Defendant is entitled to judgment as a matter of law.

**AO72A**
**(Rev. 8/82)**

Having reviewed the pleadings and the evidence on file in the light most favorable to the nonmoving party as required, the Court finds that there are issues of material fact which preclude summary judgment, including, but not limited to whether Plaintiff had actual knowledge of the exact location of the shoe boxes she fell over, and not just a general awareness that the shoe department was cluttered with shoe boxes, how the shoe boxes got on the floor, and how long they had been there.  This is a close case and one that the Plaintiff may not get past a directed verdict at trial, but the motion for summary judgment should be and hereby is **DENIED**.  This case remains set for a jury trial on **May 5, 2008.**

IT IS SO ORDERED this 29th day of February 2008.

*/s/ Robert T. Dawson*
Honorable Robert T. Dawson
United States District Judge