```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FORT SMITH DIVISION
```

LAURA STARK                                              PLAINTIFF

v.                         CASE NO. 07-2052

KOHL'S DEPARTMENT STORES, INC.                           DEFENDANT

### **ORDER**

Before the Court is Defendant's Motion to Dismiss with Prejudice (Doc. 24). The parties to this case advise the court that the matter has been resolved and the case should be dismissed with prejudice.

Accordingly, the above-styled case is hereby **DISMISSED with prejudice**.

IT IS SO ORDERED.

Dated:  April 29, 2008               */s/ Robert T. Dawson*
                                     Robert T. Dawson
                                     United States District Judge

**AO72A**
**(Rev. 8/82)**